1

R. M. TAYLOR v. STATE. (No. 10548.) (Court of Criminal Appeals of Texas. Dec. 15, 1926.) Appeal from District Court, Clay County; Vincent Stine, Judge. Frank Holaday, of Henrietta, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appeal is from a conviction for burglary, with punishment of two years in the penitentiary. By his personal affidavit appellant makes it known to this court that he desires no longer to prosecute his appeal. Complying with his request, the appeal is ordered dismissed.

2

R. M. TAYLOR v. STATE. (No. 10549.) (Court of Criminal Appeals of Texas. Dec. 15, 1926.) Appeal from District Court, Clay County; Vincent Stine, Judge. Frank Holaday, of Henrietta, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years. The record is accompanied by the appellant's written application, duly verified by his affidavit, requesting the dismissal of his appeal. The motion is granted, and the appeal is ordered dismissed.